CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 20 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DON W. MCKINNEY, | ) CASE NO. 7:12CV00166 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| | ) |
| COMMONWEALTH OF VIRGINIA, | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's implicit request to proceed *in forma pauperis* is **GRANTED**; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b); and this action is stricken from the active docket of the court.

ENTER: This 20th day of April, 2012.

/s/ James C. Turk
Senior United States District Judge

